AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Rex Michelle Rey<br>YOB: 1999/USC<br><br>*Defendant(s)* | )<br>)<br>)  Case No.  M-20- 1533 -M<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___August 13, 2020___ in the county of ___Hidalgo___ in the ___Southern___ District of ___Texas___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC § 841 | Knowingly or intentionally possess with intent to distribute or dispense, approximately 12.54 kilograms of a controlled substance, to wit, Cocaine a Schedule II Controlled Substance. |
| 21 USC § 952 | Knowingly and intentionally illegally import into the United States approximately 12.54 kilograms of cocaine a Schedule II Controlled Substance. |

This criminal complaint is based on these facts:

SEE ATTACHMENT "A"

✓ Continued on the attached sheet.
Approved by AUSA Robert Guerra

Submitted by reliable electronic means, sworn to and attested to telephonically per Fed. R. Cr.4.1, and probable cause found on:

/S/Codero Contreras
*Complainant's signature*

Cordero B. Contreras, HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  August 13, 2020   7:24 p.m.

*Pete E Ormsby*
*Judge's signature*

City and state:  McAllen, Texas

Peter E. Ormsby, U.S. Magistrate Judge
*Printed name and title*

## "ATTACHMENT A"

I am a Special Agent (SA) of the United States Homeland Security Investigations (HSI), and have knowledge of the following facts:

1. On August 13, 2020, Rex Michelle REY entered the United States through the Hidalgo, Texas Port of Entry operating a Dodge Avenger.

2. At the Hidalgo Port of Entry, REY gave negative declarations for narcotics, weapons, ammunition and monetary instruments in excess of $10,000 to Customs and Border Protection (CBP) officers.

3. REY stated he was travelling from Mexico to Mission, Texas.

4. REY and the vehicle were referred for a secondary inspection. During the secondary inspection, a Narcotics Detection Dog (NDD) alerted to the presence of narcotics in the vehicle.

5. CBP officers utilized a Z-Portal scan, which revealed anomalies within the center console. Further inspection of the vehicle resulted in the discovery of ten (10) packages concealed in after-market compartments.

6. The packages field tested positive for the properties of cocaine, a Schedule II controlled substance. The packaged cocaine weight totaled 12.54 kilograms.

7. Homeland Security Investigation (HSI) Special Agents, advised REY Miranda warnings in the Spanish language, REY stated he understood, and waived in writing.

8. Post Miranda, REY stated he believed there was a controlled substance inside the vehicle, but he did not know the amount. REY was to be paid approximately $ 1,400.00 and that he was instructed to cross the vehicle containing the drugs into the United States and to deliver them to another individual.